IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV336

| | |
|---|---|
| WARNER BROS RECORDS, INC., *et al*,       Plaintiffs, <br><br> v. <br><br> RHONDA A. STRICKLAND and DONALD L. STRICKLAND, <br><br>      Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewed the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge