IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV336**

| | |
|---|---|
| WARNER BROS. RECORDS, INC., *et al*, | )<br>)<br>) |
| Plaintiffs, | ) **ORDER** |
| | ) |
| v. | )<br>) |
| RHONDA A. STRICKLAND and DONALD L. STRICKLAND, | )<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the court on its own motion. Plaintiffs have filed their Certification and Report of FRCP 26(f) Conference and Discovery Plan [doc. 8]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, May 2, 2007, at 10:45 a.m. in Chambers.**

IT IS SO ORDERED.

Signed: April 23, 2007

Graham C. Mullen
United States District Judge