IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV336**

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., *et al*, | ) | |
| Plaintiffs, | ) | **PRETRIAL ORDER** |
| v. | ) | |
| RHONDA A. STRICKLAND and DONALD L. STRICKLAND, | ) | |
| Defendants. | ) | |

A pre-trial conference was held on May 2, 2007. The Plaintiffs are directed to conduct computer forensic testing, limited to copying of the Defendant's computer hard drive. The Defendants are directed to provide access to their computer and are further directed that they are not to alter, delete, or otherwise compromise the information contained on the hard-drive.

Within 30 days of the signing of this Order, the Plaintiffs are to provide the results of the computer forensic testing to this Court and to the defendants. After a review of these results, this Court will determine further pre-trial order dates, if necessary.

It is so ordered.

Signed: May 3, 2007

Graham C. Mullen
United States District Judge