IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV336**

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., *et al,* | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| RHONDA A. STRICKLAND and | ) | |
| DONALD L. STRICKLAND, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Plaintiff's Response to Pretrial Order. Upon review of Plaintiff's report, it appears that depositions are appropriate in this case. Plaintiffs should proceed with their plans to depose Defendants. If Plaintiffs would like to conduct discovery beyond the depositions, Plaintiffs should notify the Court as to what that additional discovery is needed

It is so ordered.

Signed: June 5, 2007

Graham C. Mullen
United States District Judge