# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>RHONDA A. & DONALD STRICKLAND,<br><br>Defendant. | Case No.: 3:06-cv-336<br><br><br><br><u>**ORDER**</u> |

THIS MATTER is before the Court on the Plaintiffs' Motion for Discovery. Defendants Rhonda and Donald Strickland are pro se (without counsel) in this matter and although the Court has found counsel who will represent the Defendants pro bono (without cost), Defendants have not indicated to the Court that they would like to take advantage of that representation. The discovery process must proceed regardless of whether all parties are represented, and therefore, for good cause shown, Plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiffs have leave to seek written discovery from Defendants, including Interrogatories, Requests for Production, and Requests for Admission, each limited to 25 in number, as well as take other potential depositions, as necessary.

,

Signed: August 14, 2007

*Graham C. Mullen*
Graham C. Mullen
United States District Judge