# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No.: 3:06-cv-336

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RHONDA A & DONALD STRICKLAND, | ) ) |
| Defendant. | ) |

**ORDER**

Plaintiffs on September 26, 2007, having filed a Notice of Settlement (docket no. 15) and having requested a stay of this matter for sixty (60) days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court, and having represented that the notice of settlement was filed with the Consent of the defendant, and good cause appearing,

It is hereby ORDERED that this matter is stayed for a period of sixty (60) days from the date of this Order.

Signed: September 27, 2007

Graham C. Mullen
United States District Judge