IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV336**

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., *et al,* | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| RHONDA A. STRICKLAND and | ) | |
| DONALD L. STRICKLAND, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal without Prejudice. [Document # 17].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: October 25, 2007

Graham C. Mullen
United States District Judge